UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
**FILED**

JAN 09 2020

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 20-3-DLB-CJS

**UNITED STATES OF AMERICA**                            **PLAINTIFF**

V.         **ORDER FOR ISSUANCE OF ARREST WARRANT**

**DAVID THOMAS SOWARD**                         **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **DAVID THOMAS SOWARD**.

On this 9th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:     United States Marshal
                United States Probation
                Wade T. Napier, Assistant United States Attorney