# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **KENTUCKY-NO DIV AT COV**

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| DAVID THOMAS SOWARD | Case Number: **2:20-CR-03-DLB-CJS** |

| PRESIDING JUDGE **Candace J. Smith** | PLAINTIFF'S ATTORNEY **Wade Napier** | DEFENDANT'S ATTORNEY **Steve Howe** |
|---|---|---|
| TRIAL DATE (S) **09/01/20 Evidentiary Hrg.** | COURT REPORTER **Joan Averdick** | COURTROOM DEPUTY **Stacie Gabbard/Kati Manning** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | W1 | 9/1/20 | | | Charles Matthew Curtin, Interhack |
| Ex. 1 | | 9/1/20 | X | X | Verizon wireless company policy on efforts to combat online child exploitation   No Objection |
| | Ex. 1 | 9/1/20 | X | X | The CV of Charles Matthew Curtin     No Objection |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages