UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 20-3-DLB-CJS

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                          **ORDER**

DAVID SOWARD                                                                           DEFENDANT

\*\*\*       \*\*\*       \*\*\*       \*\*\*

This matter is before the Court on Defendant David Soward's Motion to Suppress. (R. 26). The Court conducted an evidentiary hearing on September 1, 2020, during which the United States indicated it intended to make a further filing regarding the NCMEC CyberTipline Reports. (*See* R. 40). The Government filed a declaration from NCMEC on September 14, 2020 (R. 42) and indicates that the declaration is intended to supplement its Response (R. 31) to Defendant's Motion to Suppress. To determine whether the record on the suppression motion is now complete and ready for the Court's review,

**IT IS ORDERED** that the parties shall file a **status report** within **seven (7) days** from the date of this Order, **the same being not later than September 30, 2020,** informing whether they now view the briefing and record on Defendant's Motion to Suppress as complete and ready for the Court's consideration, with no further filings intended. If the briefing and record on the motion are not complete, explain what further filings or proceedings are needed.

Dated this 23rd day of September, 2020.



Signed By:
Candace J. Smith
United States Magistrate Judge

J:\DATA\Orders\criminal cov\2020\20-3-DLB-CJS order SR on MTS record.docx