**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
**Criminal Minutes-Sentencing**

Cov.Cr. **20-3-S-DLB-CJS**          at **COVINGTON**                    **2/8/2022**

U.S. vs. **DAVID SOWARD**           **X** Present           **X** Custody

PRESENT: **HON. DAVID L. BUNNING, JUDGE**

| **Lynn Voskuhl** | **Lisa Wiesman** | **Elaine Leonhard** |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

**Steven Howe**
Attorney for Defendant                     **X** Present      **X** Appointed

---

**The victim in this case has been notified of this hearing.**

**Defendant shall pay restitution to the victim identified as "Henley" in ¶ 17 of the PSR in the amount of $3,000.00**

---

**X**  No objections to the PSR that require adjudication.

**X**  Court's Advice of Right to Appeal shall be filed in the record.

**X**  Judgment shall be entered (See Judgment and Commitment).

**X**  Defendant remanded to the U.S. Marshal Service pending the designation by the Bureau of Prisons.

cc: USA,USPO,USM,COR                                 Initials of Deputy Clerk: **lv**

| TIC | | 15 |
|---|---|---|